*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _SMG - 5/29/09 @ 12:10pm_ by:

(1) personally delivering a copy of each to the individual at this place. _Louisiana Superdome, Sugarbowl Dr., Gate F, New Orleans, LA 70112_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)*: _I served the registered agent Dave Weidler through his personal assistant Kathryn Ory._

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _6/3/2009_

_[signature]_
Server's signature

_Troy Langbis - Private Investigator_
Printed name and title

_1113 S. Range Ave., Ste 113 #126, Denham Springs, LA_
Server's address

_[signature]_
Catherine Edwards, Notary No. 48899
Commissioned for life in Livingston Parish, La.