**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_____ Eastern District of Louisiana _____

| | | |
|---|---|---|
| DAVID PRICE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-3495** |
| SMG | ) | Sect A MAG 3 |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

SMG, 701 Market St., Philadelphia, PA 19106
By Serving Registered Agent:
Dave Weidler
Louisiana Superdome
Sugarbowl Drive (Gate F)
New Orleans, LA 70112

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Georgianne Sims, Esq.
Ku & Mussman, P.A.
936 Louisiana Avenue, New Orleans, LA 70115
Tel.: (504) 495-5542
Email: georgianne.sims@gmail.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Date:  MAY 1 2 2009

Name of clerk of court

*Charles A Carmen*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≈ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
by:

_SMG - 5/29/09 @ 12:10pm_

(1) personally delivering a copy of each to the individual at this place, _Louisiana Superdome,_
_Sugarbowl Dr, Gate E, New Orleans, LA   70112_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _I served the registered agent Dave Weidler through_
_his personal assistant Kathryn Ory._

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____.

Date: _6/3/2009_

_____
Server's signature

_Troy Langbis - Private Investigator_
Printed name and title

_1113 S. Range Ave., Ste 113 #126, Denham Springs, LA_
Server's address

Catherine Edwards, Notary No. 48899
Commissioned for life in Livingston Parish, La.