UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID PRICE<br>Plaintiff | CIVIL ACTION |
| VERSUS | NO: 09-3495 |
| SMG, A Pennsylvania Corporation<br>Defendant | SECTION: "A" (3) |

## ORDER

The Court having reviewed the Unopposed Motion to Substitute Counsel (Rec. Doc. 12);

Accordingly;

**IT IS HEREBY ORDERED** that Thomas H. Kiggans and Anderson O. Dotson, III of the law firm Phelps Dunbar, L.L.P. are hereby **ENROLLED** as counsel of record for Defendant SMG, and that Ernest R. Malone, Jr. and The Kullman Firm are hereby granted leave to **WITHDRAW** as counsel for Defendant SMG.

This 30th day of September, 2009.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE